IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TINIAN SYSTEMS, LLC | § | |
| d/b/a TINIAN COMMUNICATIONS | § | |
| | § | |
| V. | § | |
| | § | |
| ALPHA CAPITAL PARTNERS LLC; | § | CIVIL ACTION NO. 5:20-cv-0874 |
| ALPHA 270 PARK PLACE LLC; | § | |
| AKINJIDE FAMUAGUN; LAWUNMI | § | |
| FAMUAGUN; THOMAS McGAHAN; | § | |
| MARC MUNICHMAN; ERIK FARGO; | § | |
| And MAXWELL BAKER | § | |

## JOINT STATUS REPORT RE SETTLEMENT

Pursuant to the Court's Order (Dkt. #13) dated November 4, 2020, Plaintiff, Tinian Systems, LLC dba Tinian Communications ("Plaintiff"), and Defendants, Alpha Capital Partners LLC, Alpha 270 Park Place LLC, Akinjide Famuagun, Lawunmi Famuagun, Thomas McGahan, Marc Munichman, Erik Fargo and Maxwell Baker ("Defendants") file this Joint Status Report Re Settlement. Mediation was conducted before the Honorable John Donovan on Tuesday, December 8, 2020. The parties were unable to reach a settlement.

Respectfully submitted,

| | |
|---|---|
| /s/ James N. Floyd | /s/ Jason R. Grill |
| James N. Floyd | Jason R. Grill |
| State Bar No. 07182400 | State Bar No. 24002185 |
| | |
| THE FLOYD FIRM | STEPTOE & JOHNSON PLLC |
| P.O. Box 101021 | 1780 Hughes Landing Boulevard, Suite 750 |
| Fort Worth, Texas 76185 | The Woodlands, Texas 77380 |
| 817.926.1500 | 281.203.5700 |
| 817.717.8615 (facsimile) | 281.203.5701 (facsimile) |
| jim@thefloydfirm.com | jason.grill@steptoe-johnson.com |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

Page | 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December 2020, I filed the foregoing "Joint Status Report Re Settlement" with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to:

*Jason R. Grill*
*Steptoe & Johnson PLLC*
*1780 Hughes Landing Boulevard, Suite 750*
*The Woodlands, Texas 77380*
*jason.grill@steptoe-johnson.com*

*ATTORNEY FOR DEFENDANTS*

                                        */s/ James N. Floyd*
                                        James N. Floyd